# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| KELLI MATTOX JONES | ) | CHAPTER 13 CASE NO. |
| | ) | OUR FILE NO. |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| KELLI MATTOX JONES | ) | ADV. PROC. NO. 10-5041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WELLS FARGO | ) | |
| | ) | |
| Defendant. | ) | |

**FIRST INTERROGATORIES FROM THE PLAINTIFFS TO THE DEFENDANTS**

COMES NOW the above-named Debtors and Plaintiffs herein, by and through her attorney of record, and herewith serve upon the DEFENDANT(S) in this case the following written interrogatories pursuant to the provisions of Rule 7033 of the Rules of Bankruptcy Procedure and Rule 33 of the Federal Rules of Civil Procedure and the following request for the production and inspection of documents pursuant to Rule 7034 of the Rules of Bankruptcy Procedure and Rule 34 of the Federal Rules of Civil Procedure as provided for and set forth in the foregoing rules. Answers to these Interrogatories and Request for Production of Documents must be furnished within forty-five (45) days of the service of the Summons and Complaint or within thirty (30) days of the service of these Interrogatories, whichever is later.

# INTERROGATORIES AND REQUEST
# FOR PRODUCTION OF DOCUMENTS

1.     Provide the name, address, title and occupation of each and every individual involved in preparing the answers to the interrogatories.

**RESPONSE:**

2.     Please identify the group of investors that own the loan number 708-0194445896.

**RESPONSE:**

3.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Originator.

**RESPONSE:**

4.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Seller.

**RESPONSE:**

5.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Document Custodian.

**RESPONSE:**

6.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Purchaser.

**RESPONSE:**

7.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Master Servicer.

**RESPONSE:**

8.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Depositor.

**RESPONSE:**



9.      Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Insurer.

**RESPONSE:**


10.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Registrant along with the SEC Registration Number, CUSIP Number for the pool of loans securitized, etc.

**11.    RESPONSE:**



12.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Trust Fund.

**RESPONSE:**


13.     Identify the Securities Series deposited into the Trust Fund.

**RESPONSE:**


14.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Underwriter.

**RESPONSE:**


15.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Ratings Agency that rated the subject securities.

**RESPONSE:**


16.     Provide the name, address, corporate registration information, and I.R.S. Employer Identification Number for the Owners of the Class CE, Class P and Class R Certificates.

**RESPONSE:**

17.     Provide information on whether the subject loan was drawn out of the original pool of securities and swapped, traded, leveraged, or sold to another entity; if so, provide all SEC Accession Numbers along with detailed contact information for each successor in interest along with the dates of each transaction.

**RESPONSE:**

18.     Describe the relationship between the Defendant Wells Fargo and the Secretary for Housing and Urban Development and/or the Federal Housing Administration.

**RESPONSE**:

19.     Describe the Relationship between The group of investors identified in interrogatory two (2), Wells Fargo and Mortgage Electronic Registration System.

**RESPONSE**:

20.     Please state whether you claim to possess legal or beneficial interest, or both interests, in the note or mortgage or both the note and mortgage, and if so, explain why you so claim identifying any document(s) and clauses therein which gives you the interest(s) you claim and specifying whether you claim rights as an owner or holder of the note or both, and specifying any other rights claimed.  If you do not claim any such interest(s) or rights please explain why you do not claim such interest(s).

**RESPONSE**:

21.     Please state whether there are mortgage provisions controlling the application of payments between principal, interest, fees, costs, and amounts due to satisfy insurance and property taxes.

**RESPONSE**:

22.     If the answer to interrogatory no. 21 was yes, please state whether the provisions were followed in the subject case.

**RESPONSE**:

23.     Please state if debtors receive notice of late fees.

**RESPONSE**:

24.     Please state if late fees and expenses are satisfied before or after all outstanding installment payments are paid.

**RESPONSE**:

25.     Please state if the debtor receives notice if a payment is placed in suspense.

**RESPONSE:**

26.     Please state all parties who have provided servicing of the mortgage loan and provide the contact name, full legal name, address, and phone number of each such party and the dates each began servicing the Loan.

**RESPONSE:**


        Respectfully Submitted,

        BRIAN T. CANUPP, PSC


---

        Brian T. Canupp
        322 Main Street
        Paris, Kentucky 40361
        859-988-9658
        Brian@Canupplaw.com

## CERTIFICATE OF SERVICE

    **I, Brian T. Canupp**, attorney for the Debtor, hereby certifies to the Court as follows:
1.     I am not a party for the foregoing proceeding;
2.     I am not less than 18 years of age;
3.     I have this day served a copy of the foregoing **DEFENDANT'S FIRST INTERROGATORIES TO DEFENDANT** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, (or by certified mail, return receipt, postage prepaid, as indicated below), addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

**And via the Court's Electronic Case Filing System to:**

Hon. Ellen Arvin Kennedy
Dinsmore and Shohl, LLP
250 West Main Street, Suite 1400
Lexington, KY 40507

4.     To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
5.     Service as outlined herein was made within the United States of America.

Dated this the 11th day of June, 2010.

    Brian T. Canupp
    322 Main Street
    Paris, Kentucky 40361
    859-988-9658
    Brian@Canupplaw.com